

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-12-00827-CV

**DAVEN CORPORATION**, Zalman Resources, Inc., and Sport Resources, Inc. Appellant /
Cross Appellee,
Appellants

v.

**TARH E&P HOLDINGS, L.P.**, Alexander Energy, and James W. Alexander, trustee of the
James W. Alexander Living Trust Appellee/ Cross-appellant,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 10-11-12360-ZCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

The Joint Motion to Extend Time to File Reply Brief of Appellant's and Reply Brief of
Cross-Appellant's is GRANTED.  The appellant's and cross-appellant's reply brief are due on
February 14, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of February, 2014.

_____
Keith E. Hottle
Clerk of Court